UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE MURPHY, | ) | CASE NO. 5:12 CV 2429 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| NORTHWESTERN SCHOOL DISTRICT, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

*Pro se* Plaintiff Steve Murphy filed this action under 42 U.S.C. §§ 1983, 1985, 1986, and 1988, and 18 U.S.C. §§ 241 and 3571 against thirty-three Defendants, who include a school district and two of its employees, Wayne County Children Services and its employees, the Wayne County Sheriff's Department and several deputies, the Barberton Police Department and one of its officers, three prosecutors, five judges or magistrates, the Wayne County Community Hospital and two if its employees, and three private parties. In the Complaint, Plaintiff alleges his children were improperly removed from his custody. He seeks monetary damages and return of his children.

All but five of the Defendants have filed Motions for a More Definite Statement. (ECF Nos. 8, 10, 12, and 15). The other five Defendants have filed Motions To Dismiss pursuant to Federal Civil Rule 12(b)(1) and 12(b)(6). Indeed, the Court finds that as written, Plaintiff's Complaint may be subject to dismissal for failure to state a claim upon which relief may be

granted. Plaintiff is therefore ordered to amend his Complaint to set forth a cognizable claim for relief within thirty (30) days from the date of the order. *See Tingler v. Marshall*, 716 F.2d 1109, 1112 (6th Cir. 1983). Plaintiff is further notified that if a legally sufficient amended Complaint is not filed within the time permitted, this action may be dismissed in whole or in part. *Catz v. Chalker*, 142 F.3d 279 (6th Cir. 1998); *Tingler*, 716 F.2d at 1112. The Defendants' Motions for a More Definite Statement are granted. (ECF. Nos. 8, 10, 12, and 15.) The Court will defer ruling on the Motions to Dismiss until Plaintiff has had the opportunity to file an Amended Complaint.

    IT IS SO ORDERED.

Dated: January 14, 2013            /s/ John R. Adams
                                           JOHN R. ADAMS
                                           UNITED STATES DISTRICT JUDGE